**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jose Antonio Madrigal,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No.: 2:26-cv-02244-JAD-DJA

**Order Dismissing Petition as Moot and Closing Case**

[ECF No. 6]

Petitioner Jose Antonio Madrigal filed a pro se petition for a writ of habeas corpus in July 2026.[1] I appointed counsel and directed Madrigal to file a counseled amended petition.[2] But before the deadline to do so elapsed, the respondents filed a notice representing that Madrigal was removed to Nicaragua on July 25, 2026.[3] Madrigal's counsel then sought an extension of time in order to confirm Madrigal's removal.[4] I granted that motion and directed Madrigal "to file an amended petition or a notice of voluntary dismissal by September 4, 2026."[5] That deadline passed with nothing filed by the petitioner, and nothing has been filed since. I thus conclude that Madrigal consents to the dismissal of this case at moot because he was removed.

IT IS THEREFORE ORDERED that **Madrigal's habeas petition is DISMISSED as moot**. The Clerk of Court is directed to CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
October 7, 2026

[1] ECF Nos. 1-1, 6.

[2] ECF No. 5.

[3] ECF No. 11.

[4] ECF No. 15.

[5] ECF No. 16.